Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Verne Harold Wilkins,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6277

v.

Commissioner of Social Security,
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's motion for judgment on the pleadings, ECF No. 8, is DENIED, the Commissioner's motion for judgment on the pleadings, ECF No. 10, is GRANTED, the decision of the Commissioner is AFFIRMED, and the case is closed.

Date: December 15, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: Dawn K.
    Deputy Clerk